UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JULIUS LUDWIG, | Case No. 3:24-cv-00301-ART-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | |

**I.   DISCUSSION**

On September 6, 2024, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 5). The Court allowed Plaintiff's claim of deliberate indifference to a serious medical need to proceed against Defendants Jessica Rambur, Hartman, and Megan Sulivan, dismissed Plaintiff's other claims with or without prejudice, and gave Plaintiff leave to file a first amended complaint by October 6, 2024. (*Id.* at 11-12).

Plaintiff filed a motion requesting an extension to file a first amended complaint. (ECF No. 7). The Court grants Plaintiff's motion and will extend the deadline for Plaintiff to file an amended complaint until December 20, 2024. Baring unusual circumstances, the Court does not anticipate granting another extension.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's motion for an extension to file a first amended complaint (ECF No. 7) is **GRANTED**. Plaintiff will file any first amended complaint on or before December 20, 2024.

It is further ordered that pursuant to the Court's previous screening order, if Plaintiff chooses not to file a first amended complaint, this action will proceed on Plaintiff's claim

///

///

///

1

of deliberate indifference to a serious medical need against Defendants Jessica Rambur, Hartman, and Megan Sulivan only.

DATED THIS  6th  day of December 2024.

_____
UNITED STATES MAGISTRATE JUDGE

2