UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JULIUS LUDWIG, | Case No. 3:24-CV-00301-ART-CLB |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO ADD A SUPPLEMENTAL ISSUE TO THE COMPLAINT** |
| v. | |
| STATE OF NEVADA, *et al.*, | [ECF No. 35] |
| Defendants. | |

On September 11, 2025, Plaintiff Julius Ludwig ("Ludwig") filed a "Motion for Leave to add a supplemental issue to the complaint regarding ADA." (ECF No. 35.) In the one sentence motion, Ludwig states he "wishes the court to allow the fact that plaintiff is an ADA person who was denied his rights to medical care in violation of Title II, ADA Regulations." (*Id.*) In parentheses, Ludwig notes the motion is not meant to amend the complaint, but "simply to add the ADA issue of plaintiff." (*Id.*) This motion is denied as improper for multiple reasons.

First, pursuant to the Court's Local Rules, motions must be supported by a memorandum of points and authorities. LR 7-2(a). The failure of a moving party to include a points and authorities constitutes a consent to the denial of the motion. LR 7-2(d). Ludwig's motion is therefore denied for failure to include a points and authorities.

Additionally, although Ludwig claims he is not seeking to amend the complaint, the title of his motion indicates that he does seek to amend the complaint by adding a claim relating to Title II of the Americans with Disabilities Act. (ECF No. 35.) Currently, no claims relating to the ADA are proceeding in this case. (*See* ECF No. 5.) Therefore, Ludwig would have to amend the complaint to add an ADA claim. To the extent Ludwig seeks to amend his complaint, he must file a properly supported motion to amend that includes a proposed amended pleading. LR 15-1. The Court will not add claims or allegations to a complaint without such a motion.

For all the above reasons, Ludwig's motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 12, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**