# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| JULIUS LUDWIG, | Case No. 3:24-CV-00301-ART-CLB |
|---|---|
| Plaintiff, | **ORDER RE: VIOLATION OF GENERAL ORDER 2021-05** |
| v. | ECF No. 39 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

.

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On September 22, 2025, Plaintiff Julius Ludwig filed a document entitled, "Exhibits". (ECF No. 39.) This filing violates the following provision(s) of GO 2021-05:

☐ Motion, Opposition or reply exceeds page limit without leave of court. GO 2021-05, § 3(a).

☐ Improper Supplement or Sur-Reply filed without leave of court. GO 2021-05, § 3(b).

☐ Improper "Notice" or "Letter." GO 2021-05, § 3(d).

☐ Duplicate filing of previously filed motion, ECF No. _____. GO 2021-05, § 3(f).

☒ Improperly filed declaration, affidavit, or exhibit that is not filed in support of a motion, opposition, or reply. GO 2021-05, § 3(e).

Based on the above violations of GO 2021-05, ECF No. 39 is:

☒ Stricken

☐ Denied.

**IT IS SO ORDERED.**

DATED: September 23, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**