UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JULIUS LUDWIG, | Case No. 3:24-CV-00301-ART-CLB |
| --- | --- |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO HAVE U.S. MARSHALS SERVICE SERVE DEFENDANTS** |
| v. | |
| STATE OF NEVADA, *et al.*, | [ECF No. 52] |
| Defendants. | |

Before the Court is Plaintiff Julius Ludwig's ("Ludwig") motion to have the U.S. Marshals Service serve Defendants Richard Wulff ("Wulff") and Richard Long ("Long"). (ECF No. 52.) For the reasons discussed below, Ludwig's motion is denied as premature.

On December 3, 2025, the Court granted Ludwig's motion seeking leave to file his First Amended Complaint ("FAC"). (ECF No. 46.) Ludwig's FAC added Defendants Wulff and Long. (*See* ECF No. 47.) Ludwig now seeks to have the U.S. Marshals Service serve these Defendants. (ECF No. 52.) Ludwig's motion is premature, however, because the Attorney General's Office has not yet filed a notice stating whether or not they will accept service for Defendants Wulff and Long. Accordingly, Ludwig's motion is denied as premature.

**IT IS THEREFORE ORDERED** that Ludwig's motion to have the U.S. Marshals Service serve Defendants Wulff and Long, (ECF No. 52), is **DENIED AS PREMATURE**.

**IT IS FURTHER ORDERED** that on or before **Thursday, February 5, 2026,** the Attorney General's Office shall file a notice advising the Court and Ludwig of: (1) the names of the defendants for whom it accepts service; (2) the names of the defendants for whom it does <u>not</u> accept service; and (3) the names of the defendants for whom it is filing the last-known-address information under seal.

///

///

**IT IS FURTHER ORDERED** that if the Attorney General's Office cannot accept service for either Defendant, they shall file, *under seal*, the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es). The Attorney General's Office <u>shall not</u> serve Ludwig with the last known addresses of any defendant it does not accept service for.

**IT IS FURTHER ORDERED** that if the Attorney General's Office cannot accept service for any defendant(s), <u>Ludwig does not need to refile the instant motion</u>. The Court will instead order service be effectuated by the U.S. Marshals Service on Ludwig's behalf.

DATED: January 6, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**