# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| JULIUS LUDWIG, | Case No. 3:24-CV-00301-ART-CLB |
|---|---|
| Plaintiff, | **ORDER FOR U.S. MARSHALS TO SERVE DEFENDANT RICHARD LONG, M.D.** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

The Court previously denied Plaintiff Julius Ludwig's motion to have the U.S. Marshals Service effectuate service of process as premature because the Attorney General's Office had not yet notified the Court which Defendants they were accepting service for. (ECF No. 53.) Subsequently, the Attorney General's Office filed a notice accepting service of process for all Defendants except **Defendant Richard Long, M.D.** (ECF No. 54.) The Attorney General's Office filed Dr. Long's last known address under seal. (ECF No. 55.)

Accordingly, the Court hereby **ORDERS** the U.S. Marshals Service to serve Defendant Richard Long, M.D. on behalf of Plaintiff. The Clerk shall **ISSUE** a summons for the above-named Defendant and send the same to the U.S. Marshals Service with the address provided under seal. (ECF No. 55.) The Clerk shall also **SEND** sufficient copies of the First Amended Complaint, (ECF No. 47), and this order to the U.S. Marshals Service for service on the Defendant. The Court will separately provide to the U.S. Marshals Service a completed USM 285 form.

**IT IS SO ORDERED**.

**DATED**: January 8, 2026

_____
UNITED STATES MAGISTRATE JUDGE